TIBOT *v.* THE REGISTRAR OF PROPERTY.

APPEAL from a decision of the Registrar of Property of San Juan.

No. 1.—Decided March 20, 1904.

RECORDS—TRANSFER FROM THE OLD TO THE NEW BOOKS OF THE REGISTRY.—Applications for the transfer of records from the old to the modern books of the Registry, presented by verbal mandataries, must be ratified by the interested parties within the year allowed for transfers, and said period having expired, the ratification applied for cannot be effected.

STATEMENT OF THE CASE.

A hearing was had of this administrative appeal taken by

abogado Don Cruz Castro, á nombre de Don José Ramón Tibot, contra negativa del Registrador de la Propiedad de esta capital á extender la nota de ratificación del traslado de un asiento de los antiguos á los modernos libros del Registro.

*Resultando*: què presentado escrito al Registrador de la Propiedad de esta ciudad, por Don José Ramón Tibot, en 12 de Enero último, para que hiciera constar en el Registro, por medio de la oportuna nota marginal, la ratificación que prestaba el exponente á la inscripción del traslado de los antiguos, á los modernos, libros del Registro de la Propiedad, de una hipoteca por valor de 1600 escudos, que le pertenecía sobre una estancia denominada aurora, del término municipal de Bayamón, y cuyo traslado se había verificado á solicitud de Don Angel Fernández, como mandatario verbal del promovente: todo en cumplimiento, según se decía, de lo que disponía, sobre el particular, la Real Orden de 18 de Junio de 1895, denegó el Registrador la anotación solicítada, por los fundamentos que expresa la nota puesta al pié del escrito de referencia, y que copiada á la letra dice así:

"No admitida la extensión de la nota de ratificación solicitada en la precedente instancia, porque ni la Ley Hipotecaria, ni la Real Orden de 18 de Junio de mil ochocientos noventa y cinco, autoriza á los interesados para ratificar inscripciones hechas en el Registro, limitándose dicha Real Orden, respecto al particular, á disponer que las solicitudes de traslados presentadas por mandatarios verbales, sean ratificadas por los interesados dentro del año concedido para las traslaciones: no extendiéndose nota preventiva por no estar la operación solicitada, comprendida en la Ley y Reglamento Hipotecarios, ni en la Ley sobre recursos contra las Resoluciones de los Registradores. San Juan Bautista de Puerto Rico, Enero veinte y tres de mil novecientos cuatro. El Registrador sustituto, Eduardo Acuña".

*Resultando*: que notificada dicha nota al promovente Don José Ramón Tibot, pidió se elevara el documento á este Tribunal Supremo para la resolución correspondiente, por no estar conforme con la negativa del Registrador de la Pro-

Attorney Cruz Castro, on behalf of José Ramón Tibot, from a decision of the registrar of property of this .city, refusing admission to record of the annotation ratifying the transfer of an entry from the old to the modern books of the Registry.

A petition having been presented to the registrar of property of this city by José Ramón Tibot, on the 12th of January ultimo, requesting that an entry be made in the Registry, by a proper marginal note, of the petitioner's ratification of the record of transfer from the old to the modern books of .the Registry of Property, of a mortgage for the sum of sixteen hundred *escudos,* which he had on an estate called "Aurora," situated within the municipal district of Bayamón, which transfer had been effected by request of Angel Fernández, acting as petitioner's verbal mandatary, all this having been done, it was stated, in compliance with the instructions contained upon the subject in Royal Order of June 18, 1895, the registrar refused to make the annotation requested for the reasons set forth in the note placed at the bottom of the petition, which reads as follows:

"The notice of ratification applied for in the foregoing petition is not admitted because neither the Mortgage Law nor the Royal Order of June 18, 1895, authorizes the parties concerned to ratify records made in the Registry, said royal order being confined with respect to this particular to providing that applications for transfers presented by verbal mandataries shall be ratified by the parties interested within the year allowed for transfers; and no cautionary notice is entered because the entry applied for is not included in the Mortgage Law and Regulations, nor in the act to provide for appeals against the decisions of registrars of property. San Juan, Porto Rico, January 23, 1904. Eduardo Acuña, Substitute Registrar."

Notice of the foregoing note having been served upon the petitioner, José Ramón Tibot, he requested that the document be forwarded to this Supreme Court for proper action, as he was not satisfied with the decision of the registrar of prop-

piedad, y en su consecuencia, así lo verificó este funcionario, con la oportuna comunicación, compareciendo después, por escrito, el abogado Don Cruz Castro, á nombre del interesado Don José Ramón Tibot, pidiendo se revoque dicha nota denegatoria y se declare procedente la ratificación solicitada.

Abogado del recurrente: *Sr. Castro* (Cruz).

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Considerando*: que la Real Orden que se cita, en cuanto al particular á que se refiere el recurrente, lo que dispuso fué que las solicitudes de traslados, presentadas por mandatarios verbales, debían ser ratificadas por los interesados dentro del año concedido para las traslaciones, y que habiendo transcurrido, con exceso, el término dentro del cual debió hacerse la ratificación, y habiéndose practicado el traslado de la hipoteca á virtud de la solicitud presentada por Don Angel Fernández, como mandatario verbal del acreedor Don José Ramón Tibot, no hay ya términos hábiles para llevar á efecto la ratificación que por éste se interesa.

*Considerando*: que tampoco es de aplicación al caso la Real Orden, que también se cita, de 28 de Noviembre de 1894.

Se confirma la nota denegatoria del Registrador de la Propiedad de esta ciudad, y con copia de la presente resolución devuélvansele los documentos presentados para su conocimiento y demás efectos.

Jueces concurrentes: Sres. Hernández, Figueras, Sulzbacher y MacLeary.

---

Martínez *v.* El Registrador de la Propiedad.

Recurso gubernativo contra nota del Registrador de la Propiedad de Mayagüez.

No. 4.—Resuelto en Marzo 25, 1904.

Hipoteca.—Pago Parcial y Prorroga para Pagar el Resto.—Una escritura por la que se cancela en parte un crédito hipotecario y se conceden al deudor

erty. This was done by said official, with the proper communication, Attorney Cruz Castro appearing afterwards with a written petition on behalf of José Ramón Tibot, the party interested, praying that said decision be reversed and the ratification applied for be sustained.

Mr. Castro (Cruz), for appellant.

MR. CHIEF JUSTICE QUIÑONES, after making the above statement of facts, delivered the opinion of the court.

What was prescribed by the royal order cited, with respect to the particular referred to by appellant, was that applications for transfers, presented by verbal mandataries, were to be ratified by the parties interested within the year allowed for transfers, and as the period within which the ratification should have been made was largely exceeded, and the transfer had been effected of the mortgage at the request of Angel Fernández, as verbal mandatary of the creditor, José Ramón Tibot, there is no means of effecting the ratification applied for by the latter.

Nor is Royal Order of November 28, 1894, which has also been cited, applicable to the case.

The decision of the registrar of this city is affirmed, and the documents presented are ordered to be returned to him, together with a copy of the present decision, for his information and that due effect may be given thereto.

Justices Hernández, Figueras, Sulzbacher and MacLeary concurred.